**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 24-12238 |
| Samuel Jackson Perduta, | Chapter 13 |
| Debtor. | |

### Debtor's Motion to Pay Trustee by Wage Attachment

Debtor Samuel Jackson Perduta, by and through her attorney, hereby asks this Court to enter an order directing his employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: July 16, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com