**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 24-12238 |
| Samuel Jackson Perduta, | Chapter 13 |
| Debtor. | SSN: xxx-xx-7784 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Patricia Townes, it is hereby **ORDERED** that:

1. Debtor's employer, City of Philadelphia ("the employer") shall pay $430.00 directly from each of his regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Scott Waterman, Chapter 13 Trustee
    P.O. Box 680
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: July 19, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC: City of Philadelphia
    Free Library of Philadelphia
    1901 Vine St., Philadelphia, PA 19103-1187