# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Samuel Jackson Perduta,

        Debtor.

Case No. 24-12238

Chapter 13

### Debtor's Motion to Amend Order

Debtor Samuel Jackson Perduta, by and through their attorney, hereby asks this Court to correct the name "Patricia Townes" to "Samuel Jackson Perduta" on the ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION filed on July 19, 2024.

Date: August 12, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com