United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 24-12238-amc

Samuel Jackson Perduta                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                Page 1 of 1

Date Rcvd: Sep 13, 2024                   Form ID: pdf900                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Samuel Jackson Perduta, 911 S 16th St, Philadelphia, PA 19146-2142 |
| + | City of Philadelphia, Free Library of Philadelphia, 1901 Vine Street, Philadelphia, PA 19103-1189 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024                         Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Samuel Jackson Perduta help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 24-12238 |
|---|---|
| Samuel Jackson Perduta, | Chapter 13 |
| Debtor. | SSN: xxx-xx-7784 |

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION

Upon motion of Samuel Jackson Perduta, it is hereby **ORDERED** that:

1. Debtor's employer, City of Philadelphia ("the employer") shall pay $430.00 directly from each of his regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Scott Waterman, Chapter 13 Trustee
   P.O. Box 680
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: Sept. 13, 2024

_Ashely M. Chan_
Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC: City of Philadelphia
   Free Library of Philadelphia
   1901 Vine St., Philadelphia, PA 19103-1187