United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12238-amc |
| Samuel Jackson Perduta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 12, 2024 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Samuel Jackson Perduta, 911 S 16th St, Philadelphia, PA 19146-2142 |
| 14902290 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14902277 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 13 2024 00:38:38 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14902278 | | Email/Text: megan.harper@phila.gov | Dec 13 2024 00:21:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14902279 | | Email/Text: bankruptcy@philapark.org | Dec 13 2024 00:21:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14902280 | + | Email/Text: bankruptcynotices@current.com | Dec 13 2024 00:21:00 | Current, Attn: Bankruptcy Attn: Bankruptcy, 217 Centre St #180 ,, New York, NY 10013-3624 |
| 14902281 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 13 2024 00:21:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14902282 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2024 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14902283 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 13 2024 00:28:05 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14902284 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 00:21:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14902285 | | Email/Text: fesbank@attorneygeneral.gov | Dec 13 2024 00:21:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14902288 | | Email/Text: CollectionsDept@PFCU.COM | Dec 13 2024 00:21:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14902289 | | Email/Text: CollectionsDept@PFCU.COM | Dec 13 2024 00:21:00 | Philadelphia Federal Credit Union, c/o Aimee Harmon, 12800 Townsend Rd, Philadelphia, PA 19154-1003 |
| 14902286 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14902287 | ^ | MEBN | Dec 13 2024 00:16:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14902291 | | Email/Text: bankruptcy@philapark.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 155 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 13 2024 00:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14902292 | ^ | MEBN | | |
| | | | Dec 13 2024 00:16:25 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14902293 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 13 2024 00:39:25 | Synchrony Car Care, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14902294 | | Email/Text: bankruptcy@td.com | | |
| | | | Dec 13 2024 00:21:00 | TD Bank, Attn: Bankruptcy 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14902295 | | Email/Text: bankruptcy@td.com | | |
| | | | Dec 13 2024 00:21:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14909649 | ^ | MEBN | | |
| | | | Dec 13 2024 00:16:17 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14902296 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Dec 13 2024 00:21:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14902297 | ^ | MEBN | | |
| | | | Dec 13 2024 00:16:18 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Samuel Jackson Perduta help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

Form 155 (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Samuel Jackson Perduta

Debtor(s).

Case No. 24−12238−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 11, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court