| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-12238-AMC**

| | |
|---|---|
| Samuel Jackson Perduta | Petition Filed Date: 06/28/2024 |
| 911 S 16th St | 341 Hearing Date: 08/09/2024 |
| Philadelphia  PA    19146-2142 | Confirmation Date: 12/11/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/22/2024 | $430.00 | 132812 | 10/30/2024 | $430.00 | 132959 | 11/13/2024 | $430.00 | 133112 |
| 11/27/2024 | $430.00 | 133263 | 12/13/2024 | $430.00 | 133406 | 12/27/2024 | $430.00 | 133551 |
| 01/08/2025 | $430.00 | 133684 | 01/24/2025 | $430.00 | 133815 | 03/25/2025 | $430.00 | 134325 |
| 04/02/2025 | $430.00 | 134451 | 04/30/2025 | $430.00 | 134704 | 05/15/2025 | $430.00 | 134839 |
| 06/02/2025 | $430.00 | 134979 | 06/10/2025 | $430.00 | 135118 | | | |

**Total Receipts for the Period:  $6,020.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,020.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | PHILADELPHIA FEDERAL CREDIT UNION<br>»»  001 | Unsecured Creditors | $17,168.00 | $289.28 | $16,878.72 |
| 2 | TD BANK NA<br>»»  002 | Unsecured Creditors | $23,096.54 | $389.17 | $22,707.37 |
| 3 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHILADELPHIA PARKING AUTHORITY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 24-12238-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,020.00 | Current Monthly Payment: | $880.00 |
| Paid to Claims: | $5,553.45 | Arrearages: | $3,660.00 |
| Paid to Trustee: | $466.55 | Total Plan Base: | $50,160.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.